**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-MJ-00140-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SHANE FRENCH,**

**Defendant.**

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that the Sentencing scheduled in this matter for October 4, 2011 at 5:00 p.m. is **RESCHEDULED to October 4, 2011 at 4:00 p.m.**

**DATED: September 12, 2011.**

                               **BY THE COURT:**

                               **s/David L. West**
                               **United States Magistrate Judge**