AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| *Shane French* | ) | Case No. 11-MJ-00140-DcW |
| Defendant | ) | |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*Shane French*
Defendant's signature

**Waiver of a Right to Trial by Jury**

I waive my right to a jury trial.

_____
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

_____
Government representative's printed name and title

**Waiver of a Right to Have 30 Days to Prepare for Trial**

I waive my right to have 30 days to prepare for trial.

_____
Defendant's signature

_____                    _____
Printed name of defendant's attorney (if any)         Signature of defendant's attorney (if any)

Date: _____                    Approved by: _____
Magistrate Judge's signature