**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No.  11-MJ-00140-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SHANE FRENCH,**

**Defendant.**

---

**ORDER TRANSFERRING CASE FOR PURPOSES**
**OF DETERMINATION OF COMPETENCY OF THE DEFENDANT**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the Sentencing hearing scheduled for October 4, 2011, counsel for the Defendant brought up issues regarding the Defendant's competency to understand the proceedings held before the Court and that the Defendant has mental health issues. After discussion with defense counsel, Assistant U. S. Attorney, James Candelaria, Probation Officer Erika Hitti:

**IT IS HEREBY ORDERED** that this case should be transferred to a U. S. District Court Judge in Denver, Colorado for the purposes of determining the competency of the Defendant to proceed.

**IT IS FURTHER ORDERED** that the Federal Public Defender is appointed for all proceedings and hearings in Denver.

**DATED: October 4, 2011.**

                **BY THE COURT:**

                **s/David L. West**
                **United States Magistrate Judge**